26cr 157 KMM|EMB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUKESHKUMAR SOMABHAI CHAUDHARI,

Defendant.

**INDICTMENT**

52 U.S.C. § 21144(b)
18 U.S.C. § 1015(f)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**52 U.S.C. § 21144(b)**

On or about November 5, 2024, in the District of Minnesota, the Defendant, **MUKESHKUMAR SOMABHAI CHAUDHARI**, did knowingly make a false statement with respect to his naturalization, citizenry, or alien registry in violation of section 1015 of title 18 of the United States Code, by signing the voter signature certificate required by Minn. Stat. § 204C.10, in order to vote in the November 5, 2024 general election,

In violation of Title 52, United States Code, Section 21144(b), incorporating Title 18, United States Code, Section 1015(f).

**COUNT 2**
**18 U.S.C. § 1015(f)**

On or about November 5, 2024, in the District of Minnesota, the Defendant, **MUKESHKUMAR SOMABHAI CHAUDHARI**, did knowingly make a false

SCANNED
SEP 10 2026
U.S. DISTRICT COURT MPLS

statement or claim that he was a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election, by signing the voter signature certificate required by Minn. Stat. § 204C.10, in order to vote in the November 5, 2024 general election.

In violation of Title 18, United States Code, Section 1015(f).

______________________________
UNITED STATES ATTORNEY

______________________________
FOREPERSON

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

BY: s/William Rubens

William Rubens
Trial Attorney
U.S. Dept. of Justice
Civil Rights Division,
Criminal Section
950 Pennsylvania Ave., NW
4CON Washington, DC 20530
Telephone: (202) 285-3614
Email: William.rubens@usdoj.gov
NY State Attorney Registration No. 432253

s/Flavio Abreu

Flavio Abreu
Trial Attorney
U.S. Dept. of Justice
Civil Rights Division,
Criminal Section
950 Pennsylvania Ave., NW
4CON Washington, DC 20530
Telephone: (202) 285-3614
Email: Flavio.abreu@usdoj.gov
MN State Bar No. 034414X